UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TEVIN I. CHANG,

        Plaintiff,

v.                                          CASE NO. 3:26-cv-929-JEP-SJH

MARKER 32, LLC, etc., et al.,

        Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court on (i) Defendants' Motion to Strike Paragraphs 1, 19, 20, 30, and 39 of Plaintiff's Complaint ("Partial MTS"), Doc. 3; and (ii) Defendants' Motion to Strike Plaintiff's Complaint in its Entirety as an Impermissible Shotgun Pleading ("Entire MTS"), Doc. 5.

Plaintiff filed a complaint ("Complaint"), Doc. 6, in state court, and Defendants filed a notice of removal, Doc. 1. In the Partial MTS, which is unopposed, Defendants move to strike discrete paragraphs of the Complaint pursuant to Fed. R. Civ. P. 12(f). Doc. 3 at 1, 3. In the Entire MTS, which was filed the following day and is also unopposed, Defendants move to strike the entire Complaint as an impermissible shotgun pleading. Doc. 5 at 1, 3.

Given the lack of opposition to the Entire MTS, the Court will grant the Entire MTS for the reasons stated therein; deny as moot the Partial MTS; and direct Plaintiff to file an amended complaint that complies with all applicable rules and law, including Rules 8 and 10 of the Federal Rules of Civil Procedure. *See Jackson v. Bank of Am., N.A.*,

898 F.3d 1348, 1357–59 (11th Cir. 2018); *Vibe Micro, Inc. v. Shabanets*, 878 F.3d 1291, 1295–96 (11th Cir. 2018); *Chang v. Forever Vets LLC*, No. 3:25-cv-563-MMH-MCR, 2025 WL 1634941, at *1–2 (M.D. Fla. June 9, 2025); *see also Blochowicz v. Wilkie*, 853 F. App'x 491, 492–93 (11th Cir. 2021);[1] *Toth v. Antonacci*, 788 F. App'x 688, 691 (11th Cir. 2019); *Kavianpour v. Bd. of Regents of Univ. Sys. of Georgia*, No. 1:22-cv-3382-MLB-RGV, 2023 WL 6194089, at *5 (N.D. Ga. July 17, 2023); *Javinsky v. Credit Prot. Ass'n, L.P.*, No. 3:15-cv-270-J-32PDB, 2015 WL 12856030, at *1 (M.D. Fla. Mar. 13, 2015).

Accordingly, it is **ordered**:

1.    The Entire MTS, Doc. 5, is **granted**.

2.    The Partial MTS, Doc. 3, is **denied as moot**.

3.    The Complaint, Doc. 6, is **stricken**.

4.    On or before **May 20, 2026**, Plaintiff shall file an amended complaint in compliance with all applicable rules and law, including Rules 8 and 10 of the Federal Rules of Civil Procedure. Failure to do so may result in the dismissal of this action.

**DONE AND ORDERED** in Jacksonville, Florida, on May 6, 2026.

_____
Samuel J. Horovitz
United States Magistrate Judge

---

[1] Unpublished opinions are not binding precedent; however, they may be cited when persuasive on a particular point. *See United States v. Futrell*, 209 F.3d 1286, 1289-90 (11th Cir. 2000); 11th Cir. R. 36-2.

2

Copies to:

Counsel of Record